IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOHN DILLARD, et al.,        )
                             )
    Plaintiffs,               )
                             )
    v.                        )        CIVIL ACTION NO.
                             )        2:87cv1184-MHT
TOWN OF COFFEEVILLE,         )             (WO)
                             )
    Defendant.               )
```

FINAL JUDGMENT

Pursuant to the joint motion to show cause as to why this case should not be dismissed (Doc. No. 2), an order was entered on February 7, 2007 (Doc. No. 3), directing defendant Town of Coffeeville to show cause, if any there be, in writing by April 6, 2007, as to why said motion should not be granted.  No response has been filed by defendant.

There being no objection to the show-cause order and the final dismissal of this action, and Alabama Act No. 2006-252 having received preclearance, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The motion to show cause as to why this case should not be dismissed (Doc. No. 2) is granted.

(2) It is DECLARED as the judgment of this court that Alabama Act No. 2006-252 provides state legislative authority for the method of election and number of seats prescribed by the consent decree entered on August 1, 1988, providing that the Town Council of the Town of Coffeeville consist of five members elected from two multi-member districts, one with two members and the other with three, and all members in each district be elected by numbered or designated places by a majority of the votes.

(3) The injunction contained in the prior judgment of the court to the extent it pertains to defendant Town of Coffeeville is dissolved.

(4) All claims against defendant Town of Coffeeville in this action are dismissed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 10th day of April, 2007.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE